**Order filed February 5, 2013**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-12-00931-CV
_____

**HOMER CHRISTOPHER MURDIEN, Appellant**

**V.**

**ROSALYN GAINES, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-53764**

---

## O R D E R

The notice of appeal in this case was filed October 5, 2012. The clerk's record was due December 3, 2012, but it has not been filed. The clerk responsible for preparing the record has advised this court that appellant did not make arrangements to pay for preparation of the record. The appellate filing fee of $175.00 has also not been paid. The court reporter who reported this case has advised this court that appellant did not make arrangements to pay for preparation of the record. On December 19, 2012, appellant requested additional time to pay

the fees. This court granted an extension of time until January 28, 2013. To date, the appellate filing fee has not been paid and the record has not been filed. Appellant has not advised this court that he has made payment arrangements for the record. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **February 19, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed. In addition, unless appellant makes arrangements to pay for preparation of the record and provides this court with proof of payment by **February 19, 2012,** the court will dismiss the appeal. *See* Tex. R. App. P. 37.3(b).

PER CURIAM